# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MORGAN LYNN DAVELUY**<br>*Plaintiff* | CASE NO.  3:20-cv-01659-VAB |
| VS. | |
| **COUNTYWIDE MECHANICAL SERVICES, LLC**<br>*Defendant* | FEBRUARY 22, 2022 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

| THE PLAINTIFF<br>MORGAN LYNN DAVELUY | DEFENDANT,<br>COUNTYWIDE MECHANICAL<br>SERVICES, LLC |
|---|---|
| By:  /s/ *Michael J. Reilly*<br>Michael J. Reilly (ct28651)<br>CICCHIELLO & CICCHIELLO, LLP<br>364 Franklin Avenue<br>Hartford, CT 06114<br>Tel: (860) 296-3457<br>Fax: (860) 296-0676<br>Email: mreilly@cicchielloesq.com | By /s/ Regen O'Malley<br>Regen O'Malley (ct25174)<br>Gordon Rees Scully Mansukhani, LLP<br>95 Glastonbury Boulevard, Suite 206<br>Glastonbury, CT 06033<br>Phone: 860-278-7448<br>Fax: 860-560-0185<br>romalley@grsm.com |

**ELECTRONIC CERTIFICATION OF SERVICE**

    I hereby certify that on February 22, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                             By: /s/ *Michael J. Reilly*
                                                    Michael J. Reilly (ct28651)